# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:18-cr-00255 |
| | ) |
| PHILLIP WHITAKER, | ) |
| | ) |
| Defendant. | ) |

## <u>ORDER</u>

On March 17, 2026, the Court held a hearing on the Fourth Superseding Petition for Warrant for Offender on Supervision (Doc. No. 116) ("Petition"). The Petition alleges that Defendant violated the terms of his supervised release by: (1) being charged with another federal, state, or local crime ("Violation 1"); (2) unlawfully using controlled substances ("Violation 2"); (3) being charged with another federal, state, or local crime ("Violation 3"); (4) failing to comply with the instructions of the probation officer ("Violation 4"); (5) being charged with another federal, state, or local crime ("Violation 5"); and (6) having contact with the alleged victim ("Violation 6").

On the record, Defendant waived his right to an evidentiary hearing, admitted to Violation 6, as revised on the record, and waived his right to appeal after consultation with his lawyer. The Government moved to dismiss Violation 5. The Court had previously adjudged Defendant guilty of Violation 2 and reserved ruling on Violations 1, 3, and 4 at a hearing on October 30, 2025. Accordingly, based on Defendant's admissions on the record and in writing (Doc. Nos. 99, 112, 134), the Court finds by a preponderance of the evidence that Defendant violated his conditions of

release.  Defendant is therefore adjudged **GUILTY** of Violations 1, 3, 4, and 6 of the Petition.

Violation 5 is **DISMISSED**.

For the reasons stated on the record and the applicable 18 U.S.C. § 3553(a) factors,

Defendant is hereby **SENTENCED** to **16 MONTHS OF IMPRISONMENT** with no supervision

to follow.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE